October 24, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

PABLO CASTREJON, Appellant

NO. 14-16-00520-CV              V.

ANDREW HORTON AND CASSY HORTON, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Andrew Horton and Cassy Horton, signed May 9, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Pablo Castrejon, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.